```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
PREBLE-RISH HAITI, S.A.,                                    :
                                                            :
                              Plaintiff,                    :
                                                            :       22-CV-1046 (VSB)
                -against-                                   :
                                                            :           ORDER
                                                            :
REPUBLIC OF HAITI, et al.,                                  :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

Due to a scheduling conflict on the Court's calendar, it is hereby:

ORDERED that the status conference currently scheduled for March 17, 2022 at 3:00 p.m. is rescheduled for March 17, 2022 at 2:00 p.m. The dial-in number is 888-363-4749 and the conference code is 2682448.

SO ORDERED.

Dated:  March 15, 2022
        New York, New York

_____
VERNON S. BRODERICK
United States District Judge