UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                                        :
PREBLE-RISH HAITI, S.A.,                                :
                                                        :
                                    Plaintiff,          :
                                                        :          22-cv-1046 (VSB)
                    -against-                            :
                                                        :          **ORDER**
REPUBLIC OF HAITI, et al.,                              :
                                                        :
                                    Defendants.         :
                                                        :
----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      In advance of the upcoming status conference in this case, and because purported

garnishees Natixis and Banque de la République d'Haïti have not filed appearances on the

docket, it is hereby:

      ORDERED that Plaintiff inform Natixis and Banque de la République d'Haïti that a

status conference in this case is occurring on March 17, 2022 at 2:00 PM.  The dial-in is 888-

363-4749, and the conference code is 2682448.

SO ORDERED.

Dated:  March 16, 2022
       New York, New York

                             Vernon S. Broderick
                             United States District Judge